BRYAN SCHRODER
United States Attorney

KYLE REARDON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kyle.reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:19-cr-00148-TMB-DMS |
|---|---|
| Plaintiff, | ) <br> ) COUNT 1: <br> ) ATTEMPTED COERCION AND |
| vs. | ) ENTICEMENT OF A MINOR <br> )   Vio. 18 U.S.C. § 2422(b) |
| CHRISTOPHER ALLEN CARMICHAEL, a/k/a "chris_carmichael@lksd.org," | ) <br> ) COUNT 2: <br> ) ATTEMPTED COERCION AND <br> ) ENTICEMENT OF A MINOR |
| Defendant. | )   Vio. 18 U.S.C. § 2422(b) <br> ) <br> ) COUNT 3: <br> ) POSSESSION OF CHILD <br> ) PORNOGRAPHY <br> )   Vio. 18 U.S.C. § 2252A(a)(5)(B), (b)(2) <br> ) <br> ) COUNT 4: <br> ) ATTEMPTED TRANSFER OF <br> ) OBSCENE MATERIAL TO A MINOR <br> )   Vio. 18 U.S.C. § 1470 <br> ) |

INDICTMENT

The Grand Jury charges that:

COUNT 1

Between on or about November 30, 2019, and on or about December 10, 2019, in the District of Alaska, the defendant, CHRISTOPHER ALLEN CARMICHAEL, a/k/a "chris_carmichael@lksd.org," did, using a facility and means of interstate and foreign commerce, knowingly attempt to persuade, induce, entice, and coerce a minor, an individual who he knew had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, including, but not limited to, Sexual Abuse in the First Degree, in violation of Alaska Statute 11.41.434(a)(1), and Production of Child Pornography, in violation of 18 US.C. § 2251(a).

All of which is in violation of 18 U.S.C. § 2422(b).

COUNT 2

Between on or about December 4, 2019, and on or about December 10, 2019, in the District of Alaska, the defendant, CHRISTOPHER ALLEN CARMICHAEL, a/k/a "chris_carmichael@lksd.org," did, using a facility and means of interstate and foreign commerce, knowingly attempt to persuade, induce, entice, and coerce a minor, an individual who he knew had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, including, but not limited to, Sexual Abuse in the First Degree, in violation of Alaska Statute 11.41.434(a)(1), and Production of Child Pornography, in violation of 18 U.S.C. § 2251(a).

All of which is in violation of 18 U.S.C. § 2422(b).

## COUNT 3

On or about December 10, 2019, in the District of Alaska, the defendant, CHRISTOPHER ALLEN CARMICHAEL, a/k/a "chris_carmichael@lksd.org," did knowingly possess, any computer disk, and any other material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8)(a), including images of child pornography involving a prepubescent minor or a minor who had not attained 12 years of age that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

//
//
//
//
//
//
//
//
//

COUNT 4

Between on or about November 30, 2019, and on or about December 10, 2019, in the District of Alaska, the defendant, CHRISTOPHER ALLEN CARMICHAEL, a/k/a "chris_carmichael@lksd.org," did, using any facility and means of interstate and foreign commerce, knowingly attempt to transfer obscene matter to another individual who has not attained the age of 16 years, knowing that such individual has not attained the age of 16 years.

All of which is in violation of 18 U.S.C. § 1470.

A TRUE BILL.

                                             s/ Grand Jury Foreperson
                                             GRAND JURY FOREPERSON

s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:     December 18, 2019