# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. CHRISTOPHER ALLEN CARMICHAEL

CASE NO: 3:19-cr-00148-TMB-DMS

---

Defendant CHRISTOPHER ALLEN CARMICHAEL,

has this date met the bail conditions indicated below and is ordered discharged from custody.

☐ Released to _____, the third-party custodian(s).

☐ Paid cash bail in the amount of $ _____

☐ Posted unsecured bond in the amount of $ _____

☐ Posted bond secured by ☐ property or ☐ Surety in the amount of $ _____ with the Clerk of Court

☐ Surrendered passport to the U.S. Probation and Pretrial Services Office

☒ Other Defendant to be released on **December 31, 2019 by 10:00 AM** to U.S. Probation and Pretrial Services Officer for immediate transport to Norris House.

DATED at **Anchorage**, Alaska, this **30th** day of **December, 2019**.

Matthew M. Scoble
United States Magistrate Judge

Original & 1 cy to U.S. Marshal