BRYAN SCHRODER
United States Attorney

KYLE REARDON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kyle.reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:19-cr-00148-TMB-MMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT STATUS REPORT** |
| | ) | |
| CHRISTOPHER ALLEN | ) | |
| CARMICHAEL, a/k/a | ) | |
| "chris_carmichael@lksd.org," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through undersigned counsel, and hereby files this Joint Status Report. On January 16, 2020, the undersigned and Assistant Federal Defender Gretchen Staft conferred about the case. The parties hereby provide the following information about the case in response to the Court's Trial Scheduling Order at Docket 27:

1. The parties are unable to determine at this point whether or not the case will proceed to trial. As to the current trial date of February 18, 2020, the defendant has filed a Non-Opposed Motion to Continue Trial. Doc. 28. A hearing on that motion has been set for January 21, 2020, at 2:00 p.m.

2. If this case proceeds to trial, the United States anticipates that the trial will take approximately 4 days.

3. At this time, the parties are unaware of any motions-in-limine or pretrial discovery issue that need to be resolved prior to trial. The United States and Defense Counsel reviewed the status of discovery, and discussed evidence the United States believes to be relevant to the charges alleged in the Indictment. With the exception of material containing contraband, which is available for inspection at a law enforcement facility, the United States believes that the discovery in the government's possession whose disclosure is required under Fed. R. Crim. P. 16, *Brady v. Maryland*, 373 U.S. 83 (1963), the Court's pretrial orders, and elsewhere, has been provided. The United States is aware of it ongoing discovery obligations and will work diligently to meet those obligations. Defense Counsel has filed a Non-Opposed Motion to Continue Pretrial Motions Deadline. Doc. 29. The Court has not yet acted upon this motion.

//

//

Joint Status Report
*United States v. Carmichael*
3:19-cr-00148-TMB-MMS

4. At this time, the Speedy Trial Clock is tolled because of the defendant's motions. The original Speedy Trial Act calculation, as of the filing of the defendant's motions on January 16, 2020, is February 28, 2020, leaving 43 days before trial must commence.

RESPECTFULLY SUBMITTED this 17th day of January, 2020, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

 *s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney
United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2020,
a copy of the foregoing was served
electronically on:

Burke Wonnell, Assistant Federal Defender
Gretchen Staft, Assistant Federal Defender

*s/ Kyle Reardon*
Assistant U.S. Attorney
United States of America

Joint Status Report
*United States v. Carmichael*
3:19-cr-00148-TMB-MMS