PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
for the
District of Alaska

Petition for Action on Conditions of Pretrial Release

| | | | |
|---|---|---|---|
| **Name of Defendant:** | Christopher Carmichael | **Case Number:** | 3:19-CR-00148-001-TMB-MMS |
| **Name of Judicial Officer:** | Honorable Matthew M. Scoble, United States Magistrate Judge | | |
| **Date of Pretrial Release:** | December 31, 2019 | | |
| **Charges:** | Counts 1-2: Attempted Coercion & Enticement of a Minor in Violation of Title 18 U.S.C. § 2422(b) | | |
| | Count 3: Possession of Child Pornography in Violation of Title 18 U.S.C. § 2252A(a)(5)(B), (b)(2) | | |
| | Count 4: Attempted Transfer of Obscene Material to a Minor in Violation of Title 18 U.S.C. § 1470 | | |
| **Case Status:** | Pending trial | | |
| **Assistant U.S. Attorney:** | Kyle Frederick Reardon | **Defense Attorney:** | Gretchen L. Staft & T. Burke Wonnell |

## PETITIONING THE COURT

☐ To issue a summons
☐ To issue a warrant
☒ No further action to be taken

**DECLARATION AND RECOMMENDATION:**

On the morning of April 10, 2020, U.S. Probation and Pretrial Services received information from the Federal Bureau of Investigation that a warrant for the defendant's arrest was being issued by the state. The warrant was pursuant to a Felony Information filed on April 9, 2020, alleging the defendant committed two counts of Sexual Abuse of a Minor in the Second Degree in case 4BE-20-00362CR. The conduct in the Felony Information is related to the conduct in the Federal Indictment of this case and took place prior to the defendant being on Federal Pretrial Release.

During the late afternoon of April 10, 2020, U.S. Probation and Pretrial Services was notified the Anchorage Police Department executed the warrant on the defendant and he is currently located at the Anchorage Correctional Complex. The defendant is scheduled to appear in State court on April 11, 2020, to be Arraigned on the new State charges.

The defendant is assessed as a risk of nonappearance based on the following factors:

- Nature of Instant Offense
- Mental Health
- Pending Charges

The defendant is assessed as a danger to the community based on the following factors:

- Nature of Instant Offense

- Charges Involving Sex Offense
- Charges Involving Children
- Charges Involving a Computer to Facilitate Alleged Offense
- Safety Concerns for the Community

U.S. Probation and Pretrial Services is requesting no action at this time, as the conduct resulting in the new charges is alleged to be the same/similar conduct alleged in the defendant's Federal Indictment, and the conduct allegedly occurred prior to the defendant being on Pretrial Release. Therefore, the conduct is not new criminal conduct.

The defendant has been doing well since starting Pretrial Release. He is actively engaged in individual therapy, is residing at an approved residence, and has been compliant with his location monitoring program.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 12th day of April at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

Alexandria J. Johnson-Stewart
U.S. Probation Officer
April 12, 2020

Approved by:

Travis Lyons
Supervisory U.S. Probation Officer