Ben Crittenden
Law Office of Ben Crittenden, P.C.
750 W. 2nd Ave., Suite 200
Anchorage, AK 99501
P: (907) 771-9002
F: (907) 771-9001
Email: ben@bclawoffice.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRISTOPHER CARMICHAEL, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 3:19-cr-00148-TMB-MMS |

## STATUS REPORT

Counsel has a Status Report calendared due today. Counsel does not see the Order on ECF. In an abundance of caution, counsel files this status report. There are Federal and State charges against Mr. Carmichael. The defense has discovery in this case and is attempting to reach a settlement in this case. We are awaiting a response from the Government. It seems that a global resolution regarding both the Federal and State charges is possible, although we have not structured the agreement yet. Once we heard from the Government, then we will attempt to fashion a global resolution that includes the State charges.

Dated this 10th day of August, 2020.

/S/ Ben Crittenden
750 W. 2nd Ave., Suite 200
Anchorage, Alaska 99501
(907) 771-9002
(907) 771-9001 fax
ben@crittendenlawoffice.com
Alaska Bar No. 0511098

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of August, 2020 a true and accurate copy of the Status Report has been caused to be served via electronic filing to the parties, including:

AUSA Reardon

/S/ Benjamin Crittenden
Benjamin Crittenden