BRYAN SCHRODER
United States Attorney

KYLE REARDON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kyle.reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER ALLEN ) <br> CARMICHAEL, a/k/a ) <br> "chris_carmichael@lksd.org," ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:19-cr-00148-TMB-MMS |

**JOINT STATUS REPORT**

COMES NOW the United States of America, by and through undersigned counsel, and hereby files this Joint Status Report. On November 16, 2020, the undersigned and Defense Counsel, Allen Dayan, conferred about the case. The parties hereby provide the

following information about the case in response to the Court's Trial Scheduling Order at Docket 52:

1. The parties are unable to determine at this point whether or not the case will proceed to trial. The parties are involved in discussion about a resolution and continue to work diligently to try and reach a possible plea agreement in this case. The current trial date has been continued to November 23, 2020. Doc. 52.

2. If this case proceeds to trial, the United States anticipates that the trial will take approximately 4 days.

3. At this time, the parties are unaware of any motions-in-limine or pretrial discovery issue that need to be resolved prior to trial. With the exception of material containing contraband, which is available for inspection at a law enforcement facility, the United States believes that the discovery in the government's possession whose disclosure is required under Fed. R. Crim. P. 16, *Brady v. Maryland*, 373 U.S. 83 (1963), the Court's pretrial orders, and elsewhere, has been provided. The United States is aware of its ongoing discovery obligations and will work diligently to meet those obligations.

4. At this time, the Speedy Trial Clock is tolled because of the Court's previous findings of complexity and the need to prepare. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv). The original Speedy Trial Act calculation, as of the filing of the defendant's motion to continue on January 16, 2020, and the

Court's finding of excludable delay at the time, leaves 43 days before trial must commence.

RESPECTFULLY SUBMITTED this 16th day of October, 2020, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

*s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2020,
a copy of the foregoing was served
electronically on:

Allen Dayan, Esq.
Benjamin Crittenden, Esq.

*s/ Kyle Reardon*
Assistant U.S. Attorney
United States of America