District Attorney, State of Alaska
P.O. Box 170
Bethel, AK 99559
Phone: (907) 543-2055 Fax:

IN THE DISTRICT COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT BETHEL

STATE OF ALASKA,

    Plaintiff,

vs.

CHRISTOPHER A CARMICHAEL
DOB: 06/16/1964
APSIN ID: 7053724
DMV NO.: 7504969 AK
ATN: 116484021

    Defendant.

No. 4BE-20-_____CR

## INFORMATION

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990: NONE.

Count I - AS 11.41.436(a)(5)(B)
Sexual Abuse Of A Minor In The Second Degree
Christopher A. Carmichael – 001

Count II – AS 11.41.436(a)(5)(B)
Sexual Abuse Of A Minor In The Second Degree
Christopher A. Carmichael – 002

THE DISTRICT ATTORNEY CHARGES:

COUNT I:

That on or about or between August 2017 and May 2018, at or near Bethel, in the Fourth Judicial District, State of Alaska, CHRISTOPHER A. CARMICHAEL (DOB: 06-16-1964), being 18 years of age or older, engaged in sexual contact with CHILD C (DOB: 2004), a person who was under 16 years of age and the offender occupied a position of authority in relation to the victim, to-wit: CHRISTOPHER A. CARMICHAEL touched CHILD C'S breasts.

All of which is a class B felony offense being contrary to and in violation of 11.41.436(a)(5)(B) and against the peace and dignity of the State of Alaska.

COUNT II:

That on or about February 9, 2018, at or near Bethel, in the Fourth Judicial District, State of Alaska, CHRISTOPHER A. CARMICHAEL (DOB: 06-16-1964), being 18 years of age or older, engaged in sexual contact with CHILD B (DOB: 2006), a person who was under 16 years of age and the offender occupied a position of authority in relation to the victim, to-wit: CHRISTOPHER A. CARMICHAEL touched CHILD B'S breasts.

All of which is a class B felony offense being contrary to and in violation of 11.41.436(a)(5)(B) and against the peace and dignity of the State of Alaska.

The undersigned swears under oath this Information is based upon a review of police reports AK16010231, 1802063, and 1908408 submitted to date.

As more specifically detailed below, starting in 2016, law enforcement became aware of allegations of inappropriate conduct involving a Lower Kuskokwim School District ("LKSD") Principal, Christopher Carmichael (DOB: 6/16/1964) (hereinafter, "Carmichael"). Between 2016 and 2019, law enforcement conducted several investigations into specific allegations of misconduct. In both 2016 and 2018, law enforcement met with LKSD administrators and advised LKSD about the investigations and of the allegations made against Carmichael. Specifically, in 2016 LKSD was made aware of inappropriate Facebook messages between Carmichael and Child A, and in 2018 LKSD was advised that Child B had alleged that Carmichael touched her breast with the back of his hand.[1] Both incidents were investigated by law enforcement and, as noted above, reported to the LKSD, but there was insufficient evidence at the time to successfully prosecute Carmichael.

In 2019, the Bethel Police Department learned of another allegation of inappropriate conduct by Carmichael. At the time of the 2019 investigation, Carmichael remained employed by LKSD as the principal of Gladys Jung Elementary School. To protect the integrity of the investigation, it was determined that the existence of the investigation would

---

[1] The identities of the minor children referenced herein are omitted from this Information. Rather, each child is referred to as Child A, Child B, and Child C, respectively. This is done to protect the identity of the child victims.

Information
*State v. Christopher A. Carmichael*
Page 2 of 9

be kept confidential and limited to BPD, AST, the Bethel District Attorney's Office, and (ultimately) the Federal Bureau of Investigation.

As more fully set forth below, the 2019 investigation into Carmichael's conduct revealed an escalating course of conduct that culminated in Carmichael being arrested by federal authorities. The following summarizes the investigations:

### 2016 REPORT & INVESTIATION

In 2016, the Alaska State Troopers received a report that Carmichael sent inappropriate Facebook messages to a fourteen-year-old female former student (hereinafter, "Child A"). Child A's mother questioned why her child was receiving messages from a school administrator talking about her child's lips, naughty ways, and spanking. AST initiated an investigation and recovered communications between Carmichael and Child A. In those messages, Carmichael referred to Child A as "sweetness," "loveliness," "baby," "sweetie," "sweet girl," "pumpkin," "pretty girl," "beautiful," and "sweetheart." AST's review of the messages revealed that Carmichael sent the following messages to Child A:

- "love those luscious red lips on your profile pic :-)"
- "I know you and your naughty ways too well :-)"
- "you can't escape my all seeing eye! :-)"
- "bend you over my knee and whackkk! :)"

On March 15, 2016, AST contacted LKSD Assistant Superintendent Carlton Kuhns (hereinafter, "Kuhns") and advised Kuhns of the investigation. That same day, AST interviewed Carmichael in his office at Gladys Jung Elementary School. AST confronted Carmichael with the messages he had sent Child A, and Carmichael stated he regretted the wording that he used. Carmichael advised he was in Anchorage at the time he sent the messages and that he was heavily medicated. Carmichael denied that he intended to be inappropriate. Carmichael told AST that he had assured Child A's mother that the messages were taken out of context and that nothing inappropriate was said or happened. Carmichael further advised AST that he had brought up this situation to his boss immediately to let them know what was taking place. AST discussed appropriate communication between teachers and students with Carmichael. Carmichael stated that he would not be "Facebooking" with students and that he had learned his lesson.

On March 17, 2016, Kuhns contacted AST seeking AST's assistance in searching Carmichael's LKSD laptop and iPad for possible child pornography. At the request of LKSD, AST examined Carmichael's LKSD MacBook Pro laptop. The examination did not discover any evidence of child exploitation but did confirm that Carmichael had communicated with Child A via Facebook. Also, although clearly inappropriate and concerning, the messages sent from Carmichael to Child A did not constitute any criminal offense based on current law; therefore, law enforcement could take no further action regarding the conduct.

## 2018 REPORT & INVESTIATION

On February 12, 2018, Bethel Police Department received a report that Carmichael touched the breast of an eleven-year-old girl (hereinafter, "Child B") on February 9, 2018. Specifically, Child B disclosed to her mother that Carmichael looked down at her breasts and then touched her breasts with his hand. Child B disclosed to her mother that this took place in Carmichael's office. Child B stated "[she] was holding the door for [Carmichael] and then he looked down at [her] 'this part,' and then he touched it, on purpose." Child B clarified that "this part" referred to her breast and that Carmichael used the back of his hand to touch her breast. Child B further reported that Carmichael smiled before going to his office. Child B advised that she felt scared.

On February 15, 2018, BPD applied for and obtained a *Glass* warrant (4BE-18-00016SW) authorizing BPD to record conversations with Carmichael. In furtherance of the warrant, Child B's mother called Carmichael advising she was concerned about Carmichael touching Child B's breast. Carmichael responded that he was probably joking around and wrestling with the kids, that he is "very clumsy about how [he moves] and stuff," that he was joking around with the kids and that it was possible that it happened, that he felt horrible, and that he had talked with Child B telling her that he did not remember what happened and to know that if he hurt her feelings or made her feel uncomfortable that it was not intentional. When Child B's mother asked Carmichael about Carmichael tickling children, Carmichael said that the incident with Child B made him rethink and he realized that he cannot afford to be playing with people anymore because sometimes people take it the wrong way.

District Attorney, State of Alaska
P.O. Box 170
Bethel, AK 99559
Phone: (907) 543-2055 Fax:

Information
State v. Christopher A. Carmichael
Page 4 of 9

On February 20, 2018, Child B's father met with BPD in preparation for his participation in a phone call recorded pursuant to 4BE-18-00016SW. Child B's father told BPD that Carmichael contacted him and stated that the situation was a misunderstanding and that he must have accidently pushed against Child B. Carmichael told Child B's father that he was really sorry and that he has a reputation to protect. Carmichael further stated that the Dean told him that he may have brushed up against Child B or touched her inappropriately with the back of his hand. Carmichael told Child B's father that he informed the Dean that it was probably an accident, that he was taking care of kids telling them to go out, and that he may have accidently touched her.

During a recorded phone call, Carmichael told Child B's father that he was not 100% sure of the allegations made by Child B. Carmichael further stated that he was trying to move kids out of his office, and Carmichael promised he would never attempt to touch any person on their body in a place that is a private area. Carmichael advised he felt terrible about the situation and it was not intentional.

On February 20, 2018, BPD Chief Waldron and BPD Lt. Davis (hereinafter, "Davis") met with LKSD Superintendent Dan Walker (hereinafter, "Walker") to advise LKSD of the investigation. Following their meeting with Walker, BPD invited Carmichael to the Bethel Police Department to discuss the allegations made by Child B. Carmichael agreed to meet with BPD advising BPD that he first needed to contact the Dean about the situation.

Carmichael met with BPD. Carmichael said that he was aware that Child B had reported to a teacher that she was made uncomfortable by something that took place between him and the student. Carmichael advised the complaint was vague and that he learned of the report from the Dean. Carmichael stated that he was "mystified" as to the issue. Carmichael denied having a memory of touching Child B's breasts. However, Carmichael stated it could have happened because he was trying to shuttle kids out of his office. Carmichael admitted that it was possible that he touched Child B in a way that made her feel uncomfortable, but it was not intentional.

## 2019 REPORT & INVESTIATION

On June 17, 2019, BPD received a report that Carmichael touched Child C's breast and thighs when Child C was in the seventh grade. It was reported that the sexual abuse took

Information
State v. Christopher A. Carmichael
Page 5 of 9

place inside Gladys Jung Elementary School. Child C had just finished the 8th Grade, so based upon Child C's statements, the sexual abuse would have occurred during the 2017-2018 school year.

BPD met with Child C's mother who advised that Child C became close to Carmichael while Child C was a student at Gladys Jung. Child C's mother stated that after Child C matriculated to Bethel Regional High School, Child C would return to Gladys Jung to visit with Carmichael. Child C's mother advised that Carmichael had previously given her and Child C gifts including basket woven pins, a king-sized bed, and paint. Child C's mother also stated that when Child C's father was incarcerated Carmichael told Child C that she could call him "Dad."

Child C participated in an interview at the Child Advocacy Center ("CAC"). Child C stated that she had known Carmichael since the fourth grade and they used to walk on the playground together where Carmichael would sing and talk to her. Child C stated that Carmichael would hug her. Child C disclosed that by the time she was in sixth grade she had grown closer to Carmichael and would confide in him about her problems (e.g., bullies, tough days, and God). Child C described how she and Carmichael would spend time together after school. Child C said it made her feel happy to be with Carmichael.

Child C said when she was in the seventh grade, around November 2017, Carmichael began touching her on her breasts. Child C disclosed that one time, while they were in the gym together, she followed Carmichael into a closet, Carmichael closed the door, and Carmichael hugged her from behind and touched her breasts. Child C stated that was the first time he touched her breasts. Child C described how Carmichael told her it needed to be outside of the cameras so he would take her into the closets and his office to sexually abuse her. Child C disclosed that Carmichael touched her breasts every Friday after school or whenever he had the opportunity and all the staff were gone.

Child C was asked about how she felt when Carmichael hugged her from behind and groped her breasts, and Child C responded that at the time she thought it was sweet but now thinks it is creepy. Child C stated that during the hugging episodes Carmichael would tell Child C that he loved her or words to that effect.

Information
State v. Christopher A. Carmichael
Page 6 of 9

Case 3:19-cr-00148-TMB-MMS Document 70-1 Filed 07/06/21 Page 6 of 10

Child C was asked about any other incidents of touching. Child C disclosed that one time when she was in Carmichael's car with him and his wife, Carmichael's wife went into the store and Carmichael reached over, rubbed her upper thigh, and licked his fingers. Carmichael told her did that to comfort her. Child C also disclosed that once while Carmichael was hugging Child C from behind, Carmichael ran his hand under her shirt around her stomach. Additionally, Child C disclosed that Carmichael would sometimes kiss her around the neck. Child C described these as not actual kisses but putting his mouth on her skin. Child C said it was creepy when Carmichael was "kissing" her neck.

Child C said the sexual abuse stopped during the summer before 8th Grade because she stopped seeing Carmichael after her mother told her to stop seeing Carmichael. Child C said her mother became uncomfortable with Carmichael's interactions with Child C.

On September 19, 2019, BPD applied for and received a *Glass* warrant (4BE-19-00097SW) authorizing the recording of communications with Carmichael. The warrant covered communications made via email, Skype, FaceTime, text messaging, Facebook, and any other electronic means. (BPD applied for and received extensions on the warrant on October 30, 2019 and December 2, 2019.)

On September 20, 2019, Davis began an undercover operation and took control of Child C's Facebook account. Davis, acting as Child C, sent Christopher Carmichael a "friend request."

On September 30, 2019, Child C's mother contacted BPD and advised that Carmichael spoke to Child C's sister and told her to tell Child C that he was not able to accept her Facebook "friend request" even though he really wanted to. Carmichael further asked Child C's sister to tell Child C that it was not a good idea right now, for Child C to try again when she graduates, and that he loved and missed her. In response, and at direction of law enforcement, Child C's mother sent Carmichael a message letting Carmichael know that Child C was doing much better, that it was okay to send messages to her daughter, and that she would consider phone communication later on.

On September 30, 2019, Carmichael accepted a "friend request" from Child C's Facebook account. Thereafter, Davis, in her undercover capacity, began to exchange messages with Carmichael.[2]

During the messaging, Carmichael acknowledges that he knows Child C is 15-years-old, and he repeatedly refers to Child C as "kiddo." As the messaging progressed, Carmichael began to write "ILU," "IMU," and "IWU" which are believed to mean "I Love You," "I Miss You," and "I Want You," respectively. Throughout the messages, Carmichael repeatedly directs that the messages should be deleted.

In December 2019, Carmichael inquires of Child C about Child C masturbating. Ultimately, Carmichael discusses a plan to meet with Child C.

On December 10, 2019, the Bethel Police Department, in conjunction with the Federal Bureau of Investigation, arranged for Child C[3] to participate in a telephone call with Carmichael. The call was recorded pursuant to the previously authorized warrant. During the phone call, Child C was holding a stuffed animal. During the phone call, Carmichael inquired whether Child C was alone in her room. Carmichael proceeded to make many sexually explicit and graphic statements to Child C. These comments included a statement that Carmichael has masturbated to her "thousands of times," and a description of what Carmichael would like to do, sexually, to Child C. During the phone call, Carmichael also addressed Child C's disclosure of being sexually abused by him, and he made the following admission:

> Umm when you were talking about me touching your boobs umm there are people, I'm sure people read that and I'm sure that they're very concerned about it. If you could do me a favor at some point when we are chatting on there you could say you know I remember that was an accident and you did say you were sorry. I know that's not true but could you do that for me to help protect me.

---

[2] The Facebook communications that follow, although described to have been between Child C and Carmichael, are between Lt. Davis, posing as Child C, and Carmichael.
[3] Child C, under the supervision of law enforcement and with the consent of her parents, participated in the recorded telephone call with Carmichael.

Information
*State v. Christopher A. Carmichael*
Page 8 of 9

Ultimately, after making a number of other sexually graphic statements, Carmichael told Child C that he loves her and ended the call.

Following the conclusion of the phone call, law enforcement executed federal search warrants on Carmichael's residence.

Carmichael was then interviewed by law enforcement. Carmichael admitted speaking with Child C earlier that night. However, Carmichael's version of the phone call with Child C was inconsistent with the actual call recorded by law enforcement. Specifically, Carmichael told law enforcement that it was Child C who wanted him to meet her at the Longhouse, that he told her "no," that it was his impression that Child C wanted to make out in one way or another, that he sensed it was something sexual, that he told her it was inappropriate, that he told her he was not going to do that with her, and that he told her it was not going to happen. Carmichael admitted that he told Child C to delete the messages about him touching her breasts. Carmichael also admitted that he is sexually attracted to Child C.

Dated at Bethel, Alaska, this 9TH day of APRIL, 2020.

KEVIN G. CLARKSON
ATTORNEY GENERAL

By: _____
S. Thomas Peavey Hoffer
District Attorney
Alaska Bar No. 0811064

*Filed w/ Bethel Ct. 04·09·20*

STATE OF ALASKA,
    Plaintiff,

vs.

CHRISTOPHER A. CARMICHAEL
DOB: 06/16/1964
APSIN ID: 7053724
DMV NO.: 7504969 AK
ATN: 116484021
    Defendant.

No. 4BE-20-_____CR

## REQUEST FOR WARRANT

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

COMES NOW the Plaintiff, STATE OF ALASKA, by and through its undersigned District Attorney, and hereby requests this honorable court issue an Arrest Warrant in this matter. As set forth in the Information, the defendant is charged with sexually abusing two minors. The particular facts of this conduct is egregious and the defendant's conduct demonstrates that he is a substantial danger to other people and the community.

WHEREFORE, the Plaintiff respectfully requests the court issue an Arrest Warrant in this matter.

Respectfully submitted this 9th day of APRIL, 2020.

KEVIN G. CLARKSON
ATTORNEY GENERAL

Tom Hoffer
District Attorney
Alaska Bar No. 0811064

Filed w/ Bethel
Ct. 04.09.20

