Introduced by: Mayor DeWitt
Date: December 8, 2020
Action: Passed
Vote: 7-0

# CITY OF BETHEL, ALASKA

## RESOLUTION #20-19

### A RESOLUTION BY THE BETHEL CITY COUNCIL SUBMITTING A VICTIM IMPACT STATEMENT TO THE UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF ALASKA, IN U.S. v. CARMICHAEL, 3:19-CR-00148-TMB-DMS

**WHEREAS,** the United States Attorney's Office, District of Alaska, invited the City of Bethel to submit a Victim Impact Statement in 3:19-CR-00148-TMB-DMS, *U.S. v. Christopher Allen Carmichael*;

**WHEREAS,** the purpose of a Victim Impact Statement is to provide an opportunity for victims to share an experience as a result of a crime;

**WHEREAS,** the Bethel Police Department assisted the Federal Bureau of Investigation (FBI) in the undercover investigation of former Bethel elementary school principal Christopher Carmichael, which culminated in federal charges of possession of child pornography, attempted coercion of a child, and sexual abuse of a minor;

**WHEREAS,** on November 6, 2020, Carmichael pleaded guilty to federal charges of attempted coercion and enticement of a minor;

**WHEREAS,** Carmichael was previously indicted on three charges, including attempted coercion of a minor, possession of child pornography, and attempted transfer of obscene material to a minor;

**WHEREAS,** the State of Alaska also charged Carmichael with two counts of sexual abuse of a minor in 4BE-20-00362CR;

**WHEREAS,** Carmichael insinuated himself into this community and region, creating a persona of a trusted leader and protector of our youth, but then used his position of power and trust to prey on the very children he was hired to protect and educate;

**WHEREAS,** parents in this community sent their children to school and relied on Carmichael to serve *in loco parentis*, taking on the physical and legal roles of the parent while their children were in his care;

**WHEREAS,** sexual violence impacts the entire community, prevents families from trusting people in positions of power, and prevents families from feeling safe in situations that promise safety;

**WHEREAS,** the full impacts of Carmichael's actions are immeasurable, complex, and cannot be known;

**WHEREAS,** the entire community is in pain, and yet this pain is incomparable to the pain the individual victims of these crimes will face for the rest of their lives;

**WHEREAS,** in 2019, the FBI reported that Alaska ranked highest in the nation for violent crimes and rape, and that Alaska's reports of sexual assaults were more than four times the national average;

**WHEREAS,** sexual abuse and assault, especially in rural Alaska, is a public health crisis, and we must come together to raise awareness and implement change in our community, region, and state;

**NOW, THEREFORE, BE IT RESOLVED,** by the Bethel City Council, that on behalf of the thousands of people in this community that face ongoing grief caused by Carmichael's criminal conduct, the City of Bethel presents this resolution as its impact statement to the United States Attorney's office, District of Alaska in *U.S. v Carmichael*, 3:19-CR-00148-TMB-DMS

**ENACTED THIS 8TH DAY OF DECEMBER 2020, BY 7 IN FAVOR AND 0 OPPOSED.**

*[signature]*  
Michelle DeWitt, Mayor

ATTEST:  
*[signature]*  
Lori Strickler, City Clerk