E. BRYAN WILSON
Acting United States Attorney

DANIEL DOTY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: daniel.doty@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRISTOPHER CARMICHAEL )<br>)<br>Defendant. ) | No. 3:19-cr-00148-TMB-DMS<br><br>**FILED UNDER SEAL** |

**MOTION TO SEAL EXHIBIT D OF SENTENCING MEMORANDUM**

COMES NOW the United States of America, by and through undersigned counsel, hereby respectfully moves this Court to allow the United States to file under seal, Document number 70-4, Exhibit D of the Sentencing Memorandum, Notice of Plea Agreement.

This exhibit contains a plea agreement originally filed publicly by the State of Alaska. It has come to the attention of the Government that this plea agreement erroneously included the full names of minor victims. This document having already been electronically

filed with this Court, the Government hereby requests that the Court seal Exhibit D (Dkt. 70-4) to prevent public access to that information.

RESPECTFULLY SUBMITTED this 13th day of July, 2021, in Fairbanks, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ *Daniel Doty*
DANIEL DOTY
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2021, a
true and correct copy of the foregoing was
served electronically on all counsel of record

s/ *Daniel Doty*
Office of the U.S. Attorney